FILE COPY



# Fourth Court of Appeals

San Antonio, Texas

August 27, 2020

No. 04-19-00889-CR

Cameron Antoine **ROBY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6809
Honorable Velia J. Meza, Judge Presiding

# O R D E R

On July 31, 2020, we abated this appeal to the trial court to hold a hearing to determine whether appellant desires to prosecute his appeal, whether appellant is indigent, and whether appellant's court-appointed counsel had abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2). We received a supplemental clerk's record on August 26, 2020, containing the trial court's findings that appellant desires to prosecute his appeal, that appellant is indigent, and that appellant's court-appointed attorney established a reasonable basis for not filing appellant's brief as previously ordered. The trial court did not impose sanctions, and it appointed new appellate counsel, Debra Parker, to represent appellant in this appeal.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court and that appellant's brief is due on or before September 28, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court